1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   FERDINANDO L. ROBINSON

10        Petitioner,                          Case No. 2:11-CV-01748-KJD-(PAL)

11   vs.                                       **ORDER**

12   D. W. NEVEN, et al.,

13        Respondents.

14

15        Petitioner having submitted an application to appeal <u>in forma pauperis</u> (#11), and good cause

16   appearing;

17        IT IS THEREFORE ORDERED that petitioner's application to appeal <u>in forma pauperis</u>

18   (#11) is **GRANTED**.  Petitioner need not pay the appellate filing fee.

19        DATED: October 16, 2012

20

21   _____

22   KENT J. DAWSON
     United States District Judge

23
24
25
26
27
28