# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FERDINANDO L. ROBINSON

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:11-CV-01748-KJD-(PAL)

**ORDER**

    Petitioner having submitted an application to appeal in forma pauperis (#11), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's application to appeal in forma pauperis (#11) is **GRANTED**. Petitioner need not pay the appellate filing fee.

    DATED: October 16, 2012

                                              KENT J. DAWSON
                                              United States District Judge